Conrado Cantu
#51684-179
FMC Lexington
PO Box 14500
Lexington, KY 40512

Honorable Judge Marina Garcia-Marmolejo
United States District Court

March 5, 2019

RE: 1:05CR00458-001

Dear Judge Garcia-Marmolejo,

    I want to begin this letter by thanking you for your prior kindness and grace. I believe that in light of the First Step Act, I am eligible to apply for a reduction of sentence under the compassionate release standards.

    Judge, I want you to know that I apologize for my past transgressions against the law. For many years, those selfish choices that separated me from my family have been a heavy burden on my heart. I was absent physically from my children, and I know that every little girl's first hero in life is supposed to be her father. In 2017, I lost my beloved daughter Beverly, and it hurt me deep inside because when she was sick I should have been there to comfort her in her last days.

    Judge Garcia-Marmolejo, I know that you have shown me great mercy previously, and I come again before you in hopes for grace. As you know, I am 63 years old now. I am a man who loves my children and who appreciates his freedom. Today and for the rest of my days, I am committed to living a life following Christ's lead. My hope is to be reunited with my children, and now my three grandchildren.

    I want to be a father and grandfather that my children, and grandchildren admire. I know that there is nothing more important in life than God first, and then my family. I can assure you that when I leave prison I will be living a law-abiding life because I appreciate my freedom. My hope is that you will find me worthy of a second chance to reclaim my life a little bit earlier than currently expected.

                                         Blessings to you Judge

                                         *[signature]*
                                         Conrado Cantu

First Step Act Update:

As you know, the First Step Act includes Section 403 -- the Elderly Home Detention Pilot Program -- in which inmates 60 years of age and older, who have served 2/3 of their sentence, are eligible for transfer to home confinement. According to the language of the law, this program should now be in effect at all BOP facilities as it began fiscal year 2019 (starting retroactively from October 1, 2018) through September 30, 2023.

Until now inmates who have tried putting in requests for the elderly program were being told that these requests cannot be processed because they have not yet received guidance from central office and there is still is no operations memo.

If you are eligible for the elderly program (even if you only have completed 2/3 of your sentence when you add the good time) we now have an important and exciting update, that an inmate was indeed already released from Otisville FPC on March 6 and transferred to home confinement with this program. We believe this opens an opportunity for other eligible inmates to go back to their case managers and wardens and ask for this program. They can make mention that there was an inmate at Otisville Camp who was placed on home confinement with this program, which they can confirm. We are happy to help you and contact the warden for you if your unit team is not processing your paperwork for this program. However first you need to submit a request on your own and then we can follow up with the Warden.

May we always have good news to share!

Best regards,

Rabbi Weiss

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| _____X<br>CONRADO CANTU<br>    Petitioner<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>    Respondent<br><br>_____X | )<br>)<br>)<br>)<br>)<br>) Case No: 1:05-CR00458-001<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF LAW IN SUPPORT OF REQUEST**

**FOR RELIEF PURSUANT TO THE FIRST STEP ACT,**

**18 USC § 4205 (g), and 18 USC § 3582**

President Abraham Lincoln once said, "I have always found that mercy bears richer fruits than strict justice."

Petitioner Conrado Cantu hereby moves this Court pro-se' for relief pursuant to 18 USC § 3582.

### I. CASE SUMMARY

Mr. Cantu was charged with various offenses in 2005. As a result of those charges he entered a plea of guilt to Count 1, which charged a violation of 18 USC § 1962 (c), a RICO violation.

On January 4, 2006, Honorable Judge Hilda G. Tagle imposed a term of 290 months imprisonment. On August 15, 2018 this Honorable Court bestowed its grace on Mr. Cantu, and reduced his term of imprisonment to 210 months

1

pursuant to a notion to seduce sentence under 18 USC § 3582 (c)(2).

## II. APPLICABLE LEGAL PRINCIPLES

The Federal Bureau of Prisons Program Statement 5050.49, § 571.60, 571.61 and 3572.40, governing compassionate release under 18 USC 4205 (g), allows for prisoners to request that the Warden petition the Court for a Reduction in Sentence for Elderly Inmates. In the event the Warden does not respond within thirty (30) days of that request, pursuant to Section 603 of the First Step Act a prisoner can now seek recourse from the Court.

## III. ANALYSIS

Mr. Cantu submits that he meets the criteria for a reduction in sentence, and has made a formal request to Warden Quintana on January 19, 2019, and followed that up with an inquiry on March 2, 2019 (Exhibit A). Mr. Cantu is now 63 years old, and submits that he is no longer a threat to public safety.

Mr. Cantu is a man who has a new-found respect for the rule of law. He understands that all roads in life for good or evil begin with one small step, when we choose the path, we choose our destination. Mr. Cantu accepted responsibility for his poor choices and went of to Federal Prison. There were two roads to choose from as prison is rife with difficulties - one of negativity, and or one of positivity and self-betterment. Mr. Cantu made the conscious choice to choose the latter.

Along these lines, he completed numerous life skills training programs that include family reunification, employment after prison, managing people,

2

keyboarding, 219 hours of computer vocational training, among others (Exhibit B). He also completed the internationally known Financial Peace University program, and over 240 hours of Rosetta Stone in both Italian and French. Most importantly he has completed a vocational Culinary Arts class and is now certified to be a chef.

Mr. Cantu has a loving and caring family that are not only supportive, but also committed to helping him with a successful re-entry to society. At the top of that list is his son, Conrado Cantu, Jr., who is a 34 year old doctor in the Corpus Christi, Texas area. If released, Mr. Cantu would be living with his son, and his son's wife at 3610 Grassmere Dr, Corpus Christi, Texas 78415.

From prison Mr. Cantu was and always has been committed to being the best father he could be to all of his children urging them to be the best people that they could be. In 2017, he lost his daughter Beverly at 35 years old due to an illness. He reports that this an losing his mother in 2012 were the toughest things he faced while in prison. He was comforted by his last conversation with his daughter when Beverly told him, "Dad, don't worry, I am saved, I will see you in Heaven."

Mr. Cantu is a true believer in Christ and has been living his life putting God first. He has learned to appreciate what the Framer's found so important: life, liberty, and the pursuit of happiness. He is committed to never again making the choices that stripped him of his liberty, and separated him from his family.

When Mr. Cantu is released from prison he plans to find employment in the food business. He has a sincere desire to help others, and would

3

like to work at a kitchen in the hospital so that he can witness to those in need of Christ at some of their most vulnerable and needy times. He also plans to assist with any youth groups at his home church sharing his story. Mr. Cantu's desires to help others are evidenced by Exhibit C attached here. Herein a federal corrections counselor wrote, "...he has constantly displayed a very humble, positive, and optimistic attitude...He has volunteered to take on a leadership role in several programs and has passed on information that is vital to release preparation to several other inmates."

This federal corrections counselor has attested to who Mr. Cantu is today. Mr. Cantu is a textbook example of what rehabilitation is, and he submits that his rehabilitative efforts are the biggest indicator that he is no longer a threat to public safety. There is nothing left to gain by continuing to incarcerate Mr. Cantu, but punishment, and a colossal waste of both tax dollars and resources.

## CONCLUSION

Mr. Cantu prays that this Court would find him worthy of its mercy and grace and grant him relief by granting his request for a sentence reduction under the elderly offender criteria pursuant to 18 USC § 4205 (g).

Respectfully Requested,

X _____
Conrado Cantu

4

Conrado Cantu
1:05 CR 00458-001
Exhibit A

TRULINCS 51689179 - CANTU, CONRADO - Unit: LEX-V-C

----------------------------------------------------------------------------------------

FROM: 51689179
TO: Warden
SUBJECT: ***Request to Staff*** CANTU, CONRADO, Reg# 51689179, LEX-V-C
DATE: 03/02/2019 12:53:22 PM

To: Warden Quintana
Inmate Work Assignment: N/A

Warden Quintana,

On January 19, 2019 I gave you a request for compassionate release/reduction in sentence pursuant to Program Statement 5050.49, and subsection 571.60 Section 4 Requests based on non-medical circumstances. At this time I have not heard back from your office in regards to that request. The purpose of this email is an inquiry in this regard to see where we stand on the request. I am hopeful to hear back from your office.

Respectfully,
Conrado Cantu

Conrado Cantu
1:05 CR 00458-001
Exhibit B

# Federal Medical Center

## Education Department

### Lexington, Kentucky



This Certifies That

## Conrado Cantu

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

**FINANCIAL PEACE UNIVERSITY**

And is therefore entitled to this

## Certificate of Program Completion

Given at FMC Lexington, Kentucky

December 18, 2018

Re-Entry Coordinator

# Federal Medical Center

Education Department

Lexington     Kentucky

This Certifies That

## Conrado Cantu

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

**RESUME WRITING/INTERVIEW SKILLS**

And is therefore entitled to this

### Certificate of Program Completion

Given at FMC Lexington, Kentucky

January 25, 2019

_____
Re-Entry Coordinator

```
   LEXR3           *       INMATE EDUCATION DATA       *       03-05-2019
   PAGE 001        *             TRANSCRIPT            *       18:32:27

   REGISTER NO: 51689-179     NAME..: CANTU                FUNC: PRT
   FORMAT.....: TRANSCRIPT    RSP OF: LEX-LEXINGTON FMC

   --------------------------- EDUCATION INFORMATION ---------------------------
   FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
   LEX  ESL HAS    ENGLISH PROFICIENT           05-22-2006 0833 CURRENT
   LEX  GED HAS    COMPLETED GED OR HS DIPLOMA  06-07-2006 1200 CURRENT

   ---------------------------  EDUCATION COURSES   ---------------------------
   SUB-FACL    DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV   HRS
   LEX DRUG M  ACE - INTRO. TO CDL RPP 6      02-01-2019  CURRENT
   LEX DRUG M  AARP OVER 50 FIN RPP3          02-11-2019  02-13-2019   P   C  P     6
   LEX DRUG M  RESUME CLASS RPP2              01-09-2019  01-25-2019   P   C  P    20
   LEX DRUG M  FINANCIAL PEACE RPP 3          11-13-2018  12-18-2018   P   C  P    20
   LEX DRUG M  HEALTH CORE TOPIC RPP1         10-30-2018  10-30-2018   P   C  P     1
   TEX         FINANCE/CREDIT REPAIR          10-16-2017  11-01-2017   P   C  P    12
   TEX         REAL ESTATE                    08-21-2017  10-03-2017   P   C  P    32
   TEX         CULINARY7:30A-1230P            02-21-2017  08-18-2017   P   C  C  1080
   TEX         COMPUTER APP 5:30P-8:30P M-THU 05-23-2016  05-19-2017   P   C  C   720
   TEX         INVESTMENT AND RETIREMENT PLAN 01-09-2017  03-07-2017   P   C  P    32
   TEX         INTRO-CULART1230-230           12-08-2016  02-21-2017   P   C  C   102
   TEX         ROSETTA ITALIAN III            09-21-2016  02-02-2017   P   C  P    80
   TEX         ROSETTA ITALIAN II             06-20-2016  09-21-2016   P   C  P    80
   ENG         RPP 6 - VETERANS GROUP         11-01-2012  07-14-2016   P   C  P    16
   TEX         ROSETTA ITALIAN I              04-08-2016  06-20-2016   P   C  P    80
   TEX         RESUME/INTERVIEW SKILLS        05-24-2016  06-07-2016   P   C  P    12
   TEX         HEALTH FAIR-VARIOUS TOPICS     04-29-2016  05-01-2016   P   C  P     2
   ENG         INTRO TO SPANISH LANGUAGE II   09-01-2015  11-24-2015   P   C  P    20
   ENG         RPP SS: STRATEGIC THINKING     05-21-2015  06-05-2015   P   C  P    12
   ENG         RPP SS: TECH. FOR EX-OFFENDERS 05-04-2015  05-19-2015   P   C  P     2
   ENG         RPP SS: COUNTDOWN TO FREEDOM   04-16-2015  04-16-2015   P   C  P     2
   ENG         RPP SS: DECISION MAKING SKILLS 02-19-2015  02-26-2015   P   C  P    12
   ENG         RPP: HISTORIA EL PACIFICO      09-30-2014  12-23-2014   P   C  P    30
   ENG         RPP: HISTORIA DE MEXICO        10-02-2014  12-23-2014   P   C  P    36
   ENG         RPP: SPANISH BAND OF BROTHERS  07-09-2014  09-24-2014   P   C  P    20
   ENG         LEISURE TIME HOBBY CRAFT       06-25-2014  06-25-2014   P   C  P     1
   ENG         RPP RESTAURANT MANAGEMENT      04-08-2014  05-27-2014   P   C  P    16
   ENG         ACE GREEK MYTHOLOGY            04-07-2014  06-23-2014   P   C  P    20
   ENG         COGNITIVE CHANGE               05-20-2014  05-20-2014   P   C  P     5
   ENG         RPP CAREER CENTER SELF PACED   05-20-2014  05-26-2014   P   C  P    20
   ENG         VT MSWORD07 M-F 9AM - 11AM     04-09-2013  09-25-2013   C   W  I     0
   ENG         COMPUTER VT 9AM-11AM           04-09-2013  09-24-2013   P   W  I     0
   ENG         RPP-21ST MONEY MANAGEMENT      02-01-2013  02-28-2013   P   C  P    20
   ENG         COMPUTER VT 7AM-9AM            06-08-2012  09-28-2012   P   W  I   219
   ENG         VT MSWORD07 M-F 7-9AM          06-08-2012  09-28-2012   C   W  I     0
   ENG         VT MSWORD07 M-F 9AM - 11AM     05-15-2012  06-08-2012   C   W  I     0
   ENG         COMPUTER VT 9AM-11AM           12-16-2011  06-08-2012   C   W  I     0
   ENG         VT KEYBOARDING- M-F, 9AM -11AM 12-16-2011  05-15-2012   C   C  P     0
   ENG         RPP RC RESUME PREP             02-01-2012  02-28-2012   P   C  P    10
   ENG         RPP RC COUNTDOWN TO FREEDOM    02-01-2012  02-28-2012   P   C  P    10


   G0002         MORE PAGES TO FOLLOW . . .
```

```
  LEXR3         *           INMATE EDUCATION DATA        *      03-05-2019
PAGE 002 OF 002 *                TRANSCRIPT              *      18:32:27

REGISTER NO: 51689-179    NAME..: CANTU                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: LEX-LEXINGTON FMC

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV   HRS
ENG         RPP RC TECHNOLOGY 101        02-01-2012 02-28-2012   P   C  P      5
ENG         RPP FAMILY REUNIFICATION     02-01-2012 02-28-2012   P   C  P     10
ENG         RPP RC LIVING SKILLS         02-01-2012 02-28-2012   P   C  P      5
ENG         RPP RC MANAGING PAROLE       02-01-2012 02-28-2012   P   C  P      7
ENG         RC PERSONAL MONEY MATTERS    02-01-2012 02-28-2012   P   C  P      5
ENG         RPP EMPLOYMENT AFTER PRISON  02-01-2012 02-28-2012   P   C  P     10
BIG         ASPHALT SHINGLE ACE CLASS    08-20-2010 10-08-2010   P   C  P      8
BIG         ACE ROOF CONTRACTING         08-19-2010 10-07-2010   P   C  P      8
BIG         BASIC ACCT                   08-19-2010 10-07-2010   P   C  P      8
TDG         #2 TYP/WPII-2-3:40/M-F       11-26-2007 07-21-2008   P   C  P    435
TDG         OFFICE TECH PM AOE 12-3:30PM 04-16-2008 07-16-2008   P   C  C    172
TDG         INTRO COMPUTER M-F           04-21-2008 07-03-2008   C   C  P      0
TDG         BUSINESS MATH AOE OFFICE TECH 04-16-2008 05-13-2008  C   C  P      0
TDG         KEYBOARDING AOE OFFICE TECH  04-16-2008 04-21-2008   C   C  P      0
TDG         #2 TYP/WPI- 2-3:40/M-F       10-24-2006 11-26-2007   P   C  P    335
TDG         BEGINNING LEATHER M&W 6PM-8PM 08-07-2007 10-31-2007  P   C  P     40
TDG         M-W-F 9-10 AM                06-03-2006 10-10-2006   P   C  P     40




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Conrado Cantu
1:05 CR 0045-001
Exhibit C

7



**U. S. Department of Justice**

Federal Bureau of Prisons

---

*FCI Englewood*
*9595 W. Quincy Avenue*
*Littleton, CO 80123*

April 24, 2015

Dear Sir or Madam,

    This letter is to let you know that since Conrado Cantu #51689-179 has been here at the Federal Correctional Institution Englewood, Littleton, Colorado, he has constantly displayed a very humble, positive and optimistic attitude. Mr. Cantu has participated and volunteered in several programs and continues to sign up for extra-curricular activities. He has never received any negative report as well as any incident reports his entire 43 months here at Englewood. He has volunteered to take on a leadership role in several programs and has passed on information that is vital to release preparation to several other inmates.

    Mr. Cantu has been a vital part of our Veterans Group since it was started. He has helped establish our criteria and volunteers his time in leading group meetings. He has officially become one of the institution's unit representatives for over 60 veteran inmates, all who have served in every branch of the U.S. Armed Services. The group receives re-entry assistance and access to outside agencies in preparation of their eventual release. With Mr. Cantu's help, we also expanded to group sessions and benefit training. Being from Texas, Mr. Cantu was instrumental in helping us gather information about the Hazelwood Act and was not only able to pass on viable information for veterans' families, but also able to help is own daughter with college tuition while he was incarcerated due to his status of being an honorable discharged veteran and Texas native. Mr. Cantu has helped build and maintain this very successful reentry program that has already benefited many veterans upon release.

    While incarcerated, Mr. Cantu has made very good use of his time giving back to his family and fellow inmates. Often, he has been seen providing positive solutions to other inmates who have personal conflicts within the prison or at home.

    If you have any questions, please contact me at (303)985-1566, extension 1378.


Very respectfully,

D. Taylor
Correctional Counselor / Veterans Group Coordinator
Federal Correctional Institution, Englewood

## CERTIFICATE OF SERVICE

I, Conrado Cantu, hereby certify that on the __11__ of March 2019, I did place the enclosed motion for relief in the prison mailing system addressed to the following:

US District Court
Court Clerk


US Attorney's Office



Signed under the penalty of perjury this __11__ Day of March 2019.

X_____
Conrado Cantu

8



LEXINGTON P&DC 405TT
THU 14 MAR 2019 PM

Conrado Cant. #51680-179
Federal Medical
P.O. Box 14500
Lexington, KY 40512

⇔51689-179⇔
Honorable Judge Marmolejo
Ste. 1131
1300 Victoria ST
U.S. District Court
Laredo, TX 78040
United States

Screened by US Marshal

Legal Mail

FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 3-14-19

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.